IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **06-cv-2186-AP**

**ROBERT D. WINSTON,**

       Plaintiff,

v.

**LINDA S. McMAHON, Acting Commissioner of Social Security,**

       Defendant.

## ORDER

Kane, J.

This matter is before the Court on Defendant's Unopposed Motion to Remand (doc. #11), filed February 9, 2007. This Court has reviewed the file and considered the motion. It is hereby

**ORDERED** that the motion is **GRANTED**.  This civil action is remanded to Defendant for additional administrative proceedings consistent with paragraph 2 of the motion, pursuant to sentence four of 42 U.S.C. § 405(g).

Dated:  February 12, 2007

                                        BY THE COURT:

                                        *S/John L. Kane*
                                        JOHN L. KANE, SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT