IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **06-cv-2186-AP**

**ROBERT D. WINSTON**,

       Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

       Defendant.

---

## ORDER

---

Kane, J.

The Stipulation (Motion) for an Award of Reasonable Attorney Fees Under the Equal Access to Justice Act (doc. #14), filed March 2, 2007, is **GRANTED**.  In consideration thereof, it is

**ORDERED** that the Defendant pay to Plaintiff, through counsel, reasonable attorney fees in the amount of **$1,195.23**.

Dated at Denver, Colorado, this 2th day of March, 2007.

                BY THE COURT:

                *S/John L. Kane*
                JOHN L. KANE, SENIOR JUDGE
                UNITED STATES DISTRICT COURT