IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **06-cv-2186-AP**

**ROBERT D. WINSTON,**

    Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

    Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

  For the reasons set forth in my Order in 06-cv-01556-AP, issued earlier today involving the same EAJA fees question presented by Doc. 16 in this case, I DENY Plaintiff's Motion to Amend EAJA Order and Set Aside Wrongful Offset to the extent it seeks a modification to declare the EAJA fee at issue to belong to Plaintiff's attorney rather than the Plaintiff, but CONSTRUE the Motion in the alternative as a request to stay or temporarily to enjoin the Treasury Department's actions in setting off the fee award and GRANT that Motion.  Both 06-cv-01556 and the instant 06-cv-02186-AP will be set for oral argument and briefing on the EAJA feel/administrative set-off issue presented contemporaneously by each.

Dated:  June 13, 2007