IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **06-cv-2186-AP**

**ROBERT D. WINSTON,**

                    Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

                    Defendant.

---

## ORDER

---

Kane, J.

      This matter is before the Court on Plaintiff's Attorney's Application for an Award of Attorney Fees under 42 U.S.C. § 406(b), (doc. #33), filed May 14, 2008.  In consideration thereof, it is

      **ORDERED** that, pursuant to 42 U.S.C. § 406(b), Defendant shall pay directly to counsel reasonable attorney fees in the amount of **$2,670.75** from the monies being held by the Defendant from Plaintiff's past-due benefits.

      Dated at Denver, Colorado, this 14th day of May, 2008.

                                        BY THE COURT:


                                        _S/John L. Kane_____
                                        JOHN L. KANE, SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT